# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Case No. |
| ) | |
| GEORGE W. WHITE ) | |

## INFORMATION

<u>COUNT ONE</u>:  (18 U.S.C. §13)

The United States Attorney charges:

That on or about the 18th day of September 2010, within the Northern District of Alabama, the Defendant,

**GEORGE W. WHITE**

on land acquired for the use of the United States and under the exclusive territorial jurisdiction thereof, that is, Redstone Arsenal, Alabama, did unlawfully operate a motor vehicle while under the influence of alcohol, in violation of Section 32-5A-191(a)(2) of the Code of Alabama, as assimilated by Title 18, United States Code, Section 13.

JOYCE WHITE VANCE
*United States Attorney*

*[signature]*
DEREK V. EICHHOLZ
*Special Assistant United States Attorney*